| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Stella Havkin (SBN 134334)<br>David Jacob (SBN 256374)<br>Havkin & Shrago Attorneys at Law.<br>21650 Oxnard Street, Suite 1540<br>Woodland Hills, California 91367<br>Telephone: (818) 999-1568<br>Facsimile: (818) 293-2414<br>Email: stella@havkinandshrago.com | |

☐ *Individual appearing without attorney*
☒ *Attorney for: (Proposed) Debtor*

## UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    Wsone-55, Inc. | CASE NO.: 1:26-bk-10404-MB<br><br>CHAPTER: 11 |
|---|---|
| <br><br><br><br><br>Debtor(s). | **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

    a. *Title of motion:* Motion for Joint Administration

    b. *Date of filing of motion:* March 16, 2026

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

    a. Briefly specify the relief requested in the motion: To order joint administration of this case and three other cases Wsthree-55, Inc. (1:26-bk-10406-MB); Wsfour-55, Inc. (1:26-bk-10405-MB) and Wsfive-55, Inc. (1:26-bk-10407-MB). The cases involve four franchises which are owed and run by the same principals. The debts are similar to taxing authorities. The cases need to be to be the same track as the plans will provide for similar payments.

b.   Identify the parties affected by the relief requested in the motion:

United States Trustee; Sub V Trustee, and Debtor.

c.   State the reasons necessitating a hearing on shortened time:

To order joint administration of this case and three other cases Wsthree-55, Inc. (1:26-bk-10406-MB); Wsfour-55, Inc. (1:26-bk-10405-MB) and Wsfive-55, Inc. (1:26-bk-10407-MB).  The cases involve four franchises which are owed and run by the same principals.  The debts are similar to taxing authorities.  The cases need to be to be the same track as the plans will provide for similar payments.  The cost of having to file the same motions in all 4 cases as well as service on the same creditors is becoming very expensive.

3.   Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4.   Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.1.ORDER.SHORT.NOTICE

Date:     April 2, 2026

Stella Havkin
*Printed Name of individual Movant or attorney for Movant*

Stella Havkin
*Printed name of law firm  (if applicable)*

*Signature of individual Movant or attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*

**F 9075-1.1.APP.SHORT.NOTICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
21650 Oxnard Street, Suite 1540
Woodland Hills, California 91367

A true and correct copy of the foregoing document entitled (*specify*):    Application for Order Setting Hearing on Shortened Notice    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Russell Clementson (United States Trustee):**   russell.clementson@usdoj.gov
**Moriah Douglas Flahaut (Sub V Trustee):**    df@echoparklegal.com, C194@ecfcbis.com; fritz@echoparklegal.com
**Stella A Havkin (Proposed Counsel):**    stella@havkinandshrago.com, shavkinesq@gmail.com
**Elan S Levey (United States):** elan.levey@usdoj.gov, usacac.tax@usdoj.gov;caseview.ecf@usdoj.gov;usacac.tax@usdoj.gov
**United States Trustee (San Fernando Valley):**    ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Bankruptcy Judge**
**Honorable Martin R. Barash**
Judge's Copies of this Application are not required.
https://www.cacb.uscourts.gov/sites/cacb/files/documents/judges/instructions/MB_ServingJudgeCopies.pdf

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 31, 2026 | Stella Havkin | /s/Stella Havkin |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F 9075-1.1.APP.SHORT.NOTICE**